UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA        :
:
             - v. -              :     ORDER
:
RAYMOND WAINWRIGHT,              :     S2 04 Cr. 971 (KTD)
     a/k/a "Scott Hall"          :
:
                    Defendant.   :
:
- - - - - - - - - - - - - - - - -x

      Upon the defendant Raymond Wainwright's motion, and upon the consent of the Government and in the interests of justice, it is hereby ORDERED, in accordance with Federal Rule of Criminal Procedure 33, that the conviction of the defendant Raymond Wainwright of Count One of Indictment S2 04 Cr. 971, pursuant to a jury verdict on or about January 26, 2006, is vacated, and a new trial ordered.

SO ORDERED:

Dated:   New York, New York
         July 18, 2006

                                              HONORABLE KEVIN THOMAS DUFFY
                                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7.19.06